924 F.2d 646
 UNITED STATES of America, Plaintiff-Appellee,
v.
John C. BEST, Gregory J. Bewick, and Paul F. Conarty,
Defendants-Appellants.
 Nos. 87-2456, 87-2457 and 87-2458.
 United States Court of Appeals,
Seventh Circuit.
 Jan. 25, 1991.
 
 Appeals from the United States District Court for the Northern District of Illinois, Eastern Division, No. 86 CR 442; Nicholas J. Bua, Judge.
 Prior report: 7th Cir. 913 F.2d 1179
 Before BAUER, Chief Judge, and CUMMINGS, WOOD, Jr., CUDAHY, POSNER, COFFEY, FLAUM, EASTERBROOK, RIPPLE, MANION, and KANNE, Circuit Judges.
 
 ORDER
 
 1
 The petition for rehearing with suggestion for rehearing en banc in the above-entitled cause is GRANTED, the panel decision is VACATED, and the appeal is restored to the calendar for oral reargument before the full court at a date and time to be announced.